PROB 12B
ED/AR (8/2002)

United States District Court

for the

Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 08 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Gregory R. Nichols    Case Number: 4:00CR00022-03 BRW

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                       United States District Judge

Offense: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine

Date of Sentence: August 15, 2002

Sentence: 120 months Bureau of Prisons, 5 years supervised release, mandatory drug testing, financial disclosure, no new lines of credit, to be supervised where a suitable release plan has been developed, $5,000 fine, $5,000 restitution, and $100 special penalty assessment

Type of Supervision: Supervised release   Date Supervision Commenced: July 26, 2011
                                          Expiration Date: July 25, 2016

Asst. U.S. Attorney: Pat Harris           Defense Attorney: To be determined

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5 per month.**

## CAUSE

On August 26, 2002, Gregory Nichols was sentenced in the Eastern District of Arkansas by U.S. District Judge Billy Roy Wilson for Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine. Mr. Nichols was sentenced to 120 months Bureau or Prisons followed by a 5 year term of supervised release. On July 26, 2011, Mr. Nichols released from custody and began his term of supervised release in the Northern District of Texas.

Prob 12B                      -2-                    Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Gregory R. Nichols          Case Number: 4:00CR0002-03 BRW

On December 12, and 23, 2011, Mr. Nichols submitted urine specimens which tested positive for methamphetamine. On January 3, 2011, he admitted his use of methamphetamine on December 10 and 22, 2011, and signed an admission of drug use form. To address the admitted drug use, Mr. Nichols was verbally reprimanded, drug testing was increased, and he agreed to a modification of his conditions of supervise release to include substance abuse treatment.

Mr. Gregory agreed to have his term of supervised release modified to include drug treatment. He signed the attached PROB 49, waiving his right to a hearing. Assistant Federal Public Defender, Molly Sullivan, was contacted and is in agreement with this modification. Transfer of Jurisdiction to the Northern District of Texas will also be initiated.

Selina M. Earsa                           Pat Harris
U.S. Probation Officer                 Assistant U.S. Attorney
Date: February 2, 2012             Date:

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

02/08/2012

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

Supervising U.S. Probation Officer

SME/

c: Gregory R. Nichols, 6723 Flamewood Drive, Arlington, TX 76001
   Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490
   Little Rock, AR 72201
   Assistant U.S. Attorney, Pat Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49
(3/89)

# United States District Court
## Northern District of Texas

### Waiver of Hearing to Modify Conditions
### of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional condition of my Supervised Release:

The defendant shall participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5 per month.

Witness: _____        Signed: _____
Monica Villegas                          Gregory R Nichols
U.S. Probation Officer                   Supervised Releasee

                    1-3-12
                    Date

Revised: May 2005)